**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

JUAN DELLOSANTOS and
ANTONIO DELLOSANTOS,

No.: 04-269S (Lead Case)

VS.

Consolidated with No. 04-318S

CORNELL CORRECTIONS, INC.

**PLAINTIFF'S MOTION FOR LEAVE TO REQUEST AN EXTENSION OF TIME TO RESPOND TO THE DEFENDANTS' RESPONSE TO THE COURT'S REPORT AND RECOMMENDATION OF JULY 24, 2006.**

Juan Dellosantos and Antonio Dellosantos, (herein after called plaintiff), pursuant to Fed. R. Civ. P. 4, request an extention of time in the amount of 60 days for good cause. Plaintiffs are severely handicapped by being co-plainiffs incarcerated in different federal facilities. Although the fact that they are approved for inter-institutional communication via the United States Postal Service, it takes additional time to respond back and forth utilizing the only available mode of comunication.

Notwithstanding that fact, plaintiffs are required to work job details from 8:00 a.m. to 3:00 p.m. Monday through Friday which further limits their time to research cases relative to their complaint. Moreover, plaintiffs are barred as defendants have aptly pointed out from representing one another in any capacity. Therefore, two seperate forces are operating blindly and independantly from the co-plaintiff. Subsequently, plaintiffs must individually research the law, evaluate options, forward the prepared legal documents back

and forth for each signature, and then, finally submit their issues to the defendants as well as the court.

In light of the fact that this report and recommendation is a ruling on the defendants' motion for summary judgement pursuant to Fed. R. Civ. P. 56(c), the court should ensure that the plaintiffs who are pro-se litigants be afforded every available leeway to protest their claims in the complaint.

Plaintiffs previously submitted a limited objection to the finding on the Court's Report and recommendation prior to receiving the defendants' response and move for summary judgment on additional grounds other than the ground ruled on in the Court's Report and Recommendation of July 24, 2006.

Wherefore, plaintiffs Juan Dellosantos and Antonio Dellosantos request this Court not to grant defendants' motion on all grounds with prejudice, and this Court should grant motion for an extension of time in the amount of 60 days.

Respectfully ubmitted,

Juan de los Santos

Juan Dellosantos, pro-se
FCI-Loretto
P O Box 5000
Loretto, PA 15940

Antonio De los Santos

Antonio Dellosantos, pro-se
FCI-McKean
P O Box 8000
Bradford, PA 16701

**CERTIFICATION**

I hereby certify that on this day of 31st August, 2006., a true copy of this motion was mailed to the below-named individuals.

Cornell Corrections of Rhode Island, Inc and
Cornell Companies, Inc.,
Through Their Attorneys,
Dennis T. Grieco, II. #5057
Gidley, Sarli, & Marusak, LLP.
One Turks Head Place, Suite 900
Providence, RI 02903.

Respectfully Submitted,

Juan delos Santos
Juan Dellosantos

Antonio De los Santos
Antonio Dellosantos